IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GARY TESCH,

    Plaintiff,

vs.                                                                            Civ. No. 19-978-KG-KBM

ROBERT PEROZYNSKI, *Assistant District Attorney,* and
RAYMOND L. ROMERO, *Assistant District Attorney*,

    Defendants.

## FINAL JUDGMENT

    Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Memorandum Opinion and Order filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

    IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's Civil Rights Complaint (Doc. 1) is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE